IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BENJAMIN COLE,                )
                              )
        Petitioner,            )
                              )
    v.                         )        1:05CV00799
                              )
STATE OF NORTH CAROLINA,       )
                              )
        Respondent.            )

## J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 15, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Petitioner filing a new petition which corrects the defects set out in the Order and Recommendation.

_____
United States District Judge

Date: March 20, 2006